## RICHARD A. HEIM *v.* CALIFORNIA FEDERAL BANK ET AL.

The petition by the defendant Reiner, Reiner and Bendett, P.C., for certification for appeal from the Appellate Court, 78 Conn. App. 351 (AC 23105), is denied.

*Rodd J. Mantell,* in support of the petition.

*Richard A. Heim,* pro se, in opposition.

Decided September 18, 2003

## JOEANN JOHNSON *v.* NUBEL J. CHAVES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 78 Conn. App. 342 (AC 23209), is denied.

*Terence A. Zemetis,* in support of the petition.

*Frank A. Bailey,* in opposition.

Decided September 18, 2003

## COLLINS GROUP, INC., ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW HAVEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 78 Conn. App. 561 (AC 23487), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David S. Hoopes,* in support of the petition.

*Marjorie Shansky* filed an opposition that was adopted by *Philip R. Pastore III.*

Decided September 18, 2003